In the Matter of DOCK BALLARD, Petitioner, v PATRICK J. CUNNINGHAM, as Onondaga County Court Judge, Respondent. [642 NYS2d 835] —Petition unanimously dismissed without

costs (*see, Matter of Sans v Doyle*, 175 AD2d 670, 671). (Original Proceeding Pursuant to CPLR art 78.) Present—Denman, P. J., Pine, Fallon, Balio and Boehm, JJ.